# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| HILL, JAMES C. | U.S. COURT OF APPEALS, 11TH CIR | 5/15/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| SENIOR U.S. CIRCUIT JUDGE | ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 01/01/2011 to 12/31/2011 |

**7. Chambers or Office Address**

UNITED STATES COURTHOUSE
POST OFFICE BOX 52598
JACKSONVILLE, FL 32201

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| HILL, JAMES C. | 5/15/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 12/31/11 | SEE NOTE IN SECTION VIII. | $0.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HILL, JAMES C. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. MONROE INV., LTD., MONROE COUNTY GA | | None | J | W | | | | | |
| 2. MIDLAND OIL | | None | J | W | | | | | |
| 3. GEELAAC COMMONWEALTH ANNUITY PLUS (ANNUITY) | | None | M | T | | | | | |
| 4. HARTFORD FBL CRC DIRECTOR (ANNUITY) | | None | L | T | | | | | |
| 5. BANK OF AMERICA CORPORATION | A | Dividend | J | T | | | | | |
| 6. AMERICAN NATL INSURANCE | B | Dividend | K | T | | | | | |
| 7. CATERPILLAR | A | Dividend | K | T | | | | | |
| 8. COCA-COLA COMPANY | A | Dividend | K | T | | | | | |
| 9. CONOCOPHILLIPS | B | Dividend | K | T | | | | | |
| 10. EMERSON ELECTRIC CO | B | Dividend | K | T | | | | | |
| 11. EXPRESS SCRIPTS | | None | J | T | | | | | |
| 12. GENCO SHIPPING & TRDG F | | None | J | T | | | | | |
| 13. GENERAL DYNAMICS CORP | A | Dividend | K | T | | | | | |
| 14. GENERAL ELECTRIC COMPANY | A | Dividend | K | T | | | | | |
| 15. HEWLETT-PACKARD CORP. | A | Dividend | | | Sold | 10/26/11 | J | A | |
| 16. INTEL CORP | A | Dividend | J | T | Buy | 10/31/11 | J | | |
| 17. INTERNATIONAL BUSINESS MACHINES CORP. | A | Dividend | K | T | Sold (part) | 7/5/11 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HILL, JAMES C. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. MONSANTO CO NEW DEL | A | Dividend | | | Sold | 7/5/11 | J | A | |
| 19. PROCTER & GAMBLE | B | Dividend | K | T | | | | | |
| 20. WELLS FARGO & CO NEW | A | Dividend | K | T | | | | | |
| 21. GOLDMAN SACHS 6.20% PFD | B | Dividend | K | T | | | | | |
| 22. PIMCO ALL ASSET INSTL | B | Dividend | K | T | Buy | 07/06/11 | K | | |
| 23. PIMCO LOW DURATION FUND | C | Dividend | M | T | | | | | |
| 24. PIMCO TOTAL RETURN FUND | C | Dividend | L | T | | | | | |
| 25. VANGUARD LIMITED TERM | B | Interest | L | T | | | | | |
| 26. SCHWAB I INTEREST | A | Interest | J | T | | | | | |
| 27. BB&T CORPORATION | A | Dividend | K | T | | | | | |
| 28. BARRICK GOLD CORP | A | Dividend | K | T | | | | | |
| 29. BERKSHIRE HATHAWAY CL B | | None | K | T | | | | | |
| 30. BRISTOL-MYERS SQUIBB CO | A | Dividend | K | T | | | | | |
| 31. DUKE ENERGY CORP NEW | A | Dividend | K | T | | | | | |
| 32. HOME DEPOT COMMON STOCK | B | Dividend | L | T | | | | | |
| 33. JOHNSON & JOHNSON | B | Dividend | L | T | | | | | |
| 34. SOUTHERN COMPANY COMMON STOCK | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HILL, JAMES C. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. WEYERHAEUSER CO | A | Dividend | J | T | | | | | |
| 36. AMERICAN BALANCE FUND CLASS A | B | Dividend | L | T | | | | | |
| 37. PRUDENTIAL JENNISON HEALTH SCI A | C | Dividend | L | T | | | | | |
| 38. SCHWAB US TREAS MONEY FD (SWEEP) | A | Dividend | K | T | | | | | |
| 39. SUNTRUST BANK | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

NOTE FROM SECTION III:
SEE **ANNUITIES BELOW, WHICH REFER TO ITEMS 3 AND 4 OF SECTION VIII. THESE TWO ITEMS ARE ANNUITIES AND MAY BE CLASSIFIED AS INSURANCE EVEN THOUGH VALUE DEPENDS UPON THE UNDERLYING SECURITIES.

NOTES FROM SECTION VIII:

ITEM 26 & 38: MONEY MARKET FUNDS INTO WHICH A BROKER WILL PUT CASH NOT OTHERWISE INVESTED SO THAT IT WILL NOT BE IDLE. VALUE FLUCTUATES - REPORTING AVERAGE.

ITEMS 3-4: ANNUITIES WHOSE VALUES WILL BE REPRESENTED BY THE VALUE OF THE UNDERLYING SECURITIES. THERE WILL BE NO INCOME UNTIL THE FUNDS ARE DRAWN OUT. THE INCOME WILL DEPEND ON WHETHER THE INVESTMENTS HAVE RISEN OR FALLEN. THESE ARE LIFE INSURANCE ITEMS.

ITEM 37 : NAME CHANGED FROM JENNISON HEALTH SCIENCES FUND CLASS A

| Name of Person Reporting | Date of Report |
|---|---|
| HILL, JAMES C. | 5/15/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544